JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:    702/948-8773

*Attorney for Defendant*
*AltaOne Federal Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA SEARS,<br><br>           Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>ALTA ONE FEDERAL CREDIT UNION,<br><br>           Defendants. | Case No.: 2:18-cv-01674-MMD-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT ALTAONE FEDERAL CREDIT UNION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Plaintiff Christina Sears ("Plaintiff") and Defendant AltaOne Federal Credit Union ("Defendant") state the following:

1. The Complaint was filed on September 4, 2018. (ECF No. 1).

2. Defendant was served on November 27, 2018.

3. Pursuant to Fed. R. Civ. P. 12, Defendant has 21 days to file a response to the Complaint, or until December 18, 2018.

4. Defendant has recently retained counsel.

5. To allow Defendant's counsel to conduct a preliminary investigation of the Complaint's allegations and prepare a response, the parties agree to extend the date for Defendant to answer or otherwise respond to the Complaint to January 4, 2019.

6. This extension is being sought for good cause and not for the purposes of delay.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| Dated this 13th day of December, 2018. | Dated this 13th day of December, 2018. |
| HAINES & KRIEGER, LLC | SANTORO WHITMIRE |
| */s/ David H. Krieger* | */s/ James E. Whitmire* |
| DAVID H. KRIEGER, ESQ. | JAMES E. WHITMIRE, ESQ. |
| Nevada Bar No. 9086 | Nevada State Bar No. 6533 |
| 8985 S. Eastern Avenue, Suite 350 | 10100 W. Charleston Blvd., Suite 250 |
| Henderson, NV 89123 | Las Vegas, NV 89135 |
| Email: dkrieger@hainesandkrieger.com | Tel: 702.948.8771 |
| | E-mail: jwhitmire@santoronevada.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| | *AltaOne Federal Credit Union* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __12-14-2018_____