JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone: 702/948-8771
Facsimile: 702/948-8773

*Attorney for Defendant*
*AltaOne Federal Credit Union*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA SEARS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; ALTA ONE FEDERAL CREDIT UNION,<br><br>Defendants. | Case No.: 2:18-cv-01674-MMD-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALTA ONE FEDERAL CREDIT UNION** |

Plaintiff CHRISTINA SEARS and Defendant ALTA ONE FEDERAL CREDIT UNION hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 as to **ALTA ONE FEDERAL CREDIT UNION.** Each party shall bear its own attorney's fees and costs of suit.

IT IS STIPULATED.

| Dated this 25th day of March, 2019. | Dated this 25th day of March, 2019. |
|---|---|
| **SANTORO WHITMIRE** | **HAINES & KRIEGER, LLC** |
| */s/ James E. Whitmire* <br> JAMES E. WHITMIRE, ESQ. <br> Nevada Bar No. 6533 <br> 10100 West Charleston Boulevard, Ste. 250 <br> Las Vegas, NV 89135 | */s/ David H. Krieger* <br> DAVID H. KRIEGER, ESQ. <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Ave., Suite 350 <br> Henderson, NV 89123 |
| *Attorney for Defendant Alta One Federal Credit Union* | *Attorney for Plaintiff* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: March 26, 2019